CEM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED 08 FEB 25 PM 12: 10
CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Magistrate Case No. '08 MJ 0550 |
| Plaintiff, | ) | |
| | ) | COMPLAINT FOR VIOLATION OF: |
| v. | ) | |
| | ) | Title 8 U.S.C., Sec. 1324 (a)(1)(A)(ii) |
| **Cesar PONCE-Salazar,** | ) | Transportation of Illegal |
| | ) | Aliens |
| | ) | |
| Defendant(s) | ) | |

The undersigned complainant, being duly sworn, states:

On or about **February 22, 2008,** within the Southern District of California, defendant **Cesar PONCE-Salazar** with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **David PEREZ-Rizo, Salome BARAJAS-De Anda,** and **Mariano YANEZ-Perez** had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **25th** DAY OF **FEBRUARY 2008.**

Nita L. Stormes
UNITED STATES MAGISTRATE JUDGE

 CEM

**CONTINUATION OF COMPLAINT:**
**Cesar PONCE-Salazar**

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

Furthermore, the complainant states that **David PEREZ-Rizo, Salome BARAJAS-De Anda,** and **Mariano YANEZ-Perez** are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On Friday February 22, 2008 the North County Smuggling Interdiction Group ("SIG") was assigned to work the Interstate 15 corridor. This corridor is notorious for alien and drug smuggling. Senior Patrol Agent N. Mondragon was assigned to work in uniform and in a fully marked U.S. Border Patrol sedan. The other SIG units were all in unmarked sedans and working in plain clothes capacity.

At approximately 10:10 a.m. Agent Mondragon was observing traffic on Interstate 15 Northbound, near the Old Highway 395 exit when he noticed a maroon Dodge Stratus with heavily tinted windows pass his location. The vehicle was being driven at a high rate of speed, and was very heavily loaded. Due to rain and heavy traffic Agent Mondragon lost sight of the vehicle. Agent Mondragon relayed the description of the vehicle to SIG units ahead of his location and continued northbound on Interstate 15 to try and locate the vehicle.

Senior Patrol Agent H. Martinez was near Temecula Parkway exit on Interstate 15 when he noticed a vehicle that matched the description. Agent Martinez informed Agent Mondragon that the vehicle was still northbound on Interstate 15, and that the driver was heavy set, with notable acne scars on his face, and that the vehicles other windows were fogged up indicating the presence of several passengers. Agent Martinez maintained visual contact of the vehicle until Agent Mondragon was able to catch up.

Agent Mondragon regained visual contact of the vehicle and ran record checks. The vehicle came back registered to an address in Logan Avenue in the city of San Diego, California. This area is commonly known for harboring and housing undocumented aliens until alien smugglers can transport these individuals to their final destinations. Agent Mondragon noticed that the vehicle looked to be heavily loaded, as the rear cargo area of the vehicle was riding low and bouncing as it traveled. Agent Mondragon found this to be suspicious since there were only two visible occupants in the vehicle. Noticing only two occupants, Agent Mondragon also found it suspicious that the windows in the vehicle were severely fogged, a common site on vehicles transporting several occupants with damp clothing. This is consistent with aliens that have recently crossed into the United States through rough terrain and in the current rainy weather along the border area.

As Agent Mondragon continued following he also noticed that the driver appeared to be avoiding the marked sedan. As Agent Mondragon pulled near the front of the vehicle, the driver would slow down and as Agent Mondragon would slow down the driver of the vehicle would speed up. Agent Mondragon further noticed that the front seat passenger appeared nervous, starring straight ahead, firmly erect and not appearing to be in conversation with the driver. At this time, Agent Mondragon believed that this vehicle was being utilized to smuggle illegal aliens due to the mentioned observations and his experience in interdicting smuggling loads of people and narcotics.

CEM

**CONTINUATION OF COMPLAINT:**
**Cesar PONCE-Salazar**

Agent Mondragon decided to perform a vehicle stop on this vehicle. Agent Mondragon activated his emergency lights and siren in an attempt to stop the vehicle. The driver then accelerated and failed to yield for Agent Mondragon. Agent Mondragon relayed this information to Supervisory Border Patrol Agent A. Velez. Agent Mondragon was advised to terminate his pursuit and take the nearest exit as there were SIG units in the area that would take over to initiate surveillance. Agent Mondragon took the nearest exit and followed more than two miles behind for possible support in case the vehicle was stopped.

Agent Martinez maintained visual contact of the vehicle. Agent Martinez maintained surveillance until other SIG units were able to reach his location. Agent Martinez witnessed the drivers erratic driving. The driver of the vehicle went from the Interstate 15 Highway to the westbound Highway 91 cutting from the far left lane, cutting off traffic. Agent Martinez continued surveillance of the vehicle. The driver continued to weave through traffic until traffic slowed allowing several SIG units to regain sight of the vehicle. As the vehicles approached Green River Road the suspect vehicle exited using a counter surveillance technique and then reentered westbound Highway 91. Agent Martinez was able to exit keeping sight of the vehicle.

Due to the fact that the vehicle abruptly exited, several SIG vehicles continued on the freeway spreading out for the possibility of the suspect vehicle re-entering Highway 91. Agent Martinez advised via his service radio that the suspect vehicle re-entered the Highway.

Agent Martinez was able to communicate the location of the suspect vehicle via service radio to agents who were traveling ahead waiting to take over surveillance. At this time the vehicle moved into the carpool lane behind Agent Velez. As traffic approached the Lakewood, Long Beach Ave exit traffic became congested and came to a stop. Agent Velez initiated his rear emergency lights. The driver of the vehicle later identified as the defendant Cesar PONCE-Salazar, attempted to jump out the vehicle.

The vehicle has a standard transmission and as the defendant attempted to exit the vehicle it rolled forward and drifted to the left trapping his leg between the door frame and the center divide. Agents assisted in helping move the vehicle away from the center median and allow the defendant's leg to be released. Agents located six other individuals three of which were in the trunk.

Agent Velez and Agent Martinez identified themselves as United Stated Border Patrol Agents to all the occupants of the vehicle. Each individual was asked of what country they were citizens of and if any had immigration documents that would allow them to be in or remain in the United States legally. All subjects claimed to be citizens and nationals of Mexico in the United States illegally. All individuals were placed under arrest and taken to the Murrieta Border Patrol Station for further processing.

Agents identified themselves as United States Border Patrol Agents to the defendant. Agents performed an immigration inspection on the defendant and found him to be in the United States illegally. The defendant was placed under arrest.

**DEFENDANT STATEMENT:**

The defendant stated that he is a citizen and national of Mexico, born in Santiago, Nayarit, Mexico on July 5, 1983. The defendant stated that his parents are citizens and nationals of Mexico. The defendant is currently illegally present in the United States. The defendant admitted his last illegal entry into the United States was on or about February 21 through the mountains at or near San Ysidro, California. The defendant stated that he made the arrangements in Tijuana, Baja California, Mexico with an unknown smuggler.

**CONTINUATION OF COMPLAINT:**
**Cesar PONCE-Salazar**

The arrangements were that once he was in the U.S. he would drive the vehicle along with the smuggled aliens to the Los Angeles, California area and that he would drop off the car at a Burger king parking lot that was located off of an exit named Florence. The defendant stated that by driving the vehicle he would not be charged a smuggling fee which was to be $2,000.00 USD.

The defendant stated that he knew that all individuals were illegally present in the United States and that they were citizens of Mexico. The defendant stated that the vehicle he was driving did not belong to him.

**MATERIAL WITNESSES STATEMENTS:**

Material witnesses **David PEREZ-Rizo, Salome BARAJAS-De Anda,** and **Mariano YANEZ-Perez** agree in summary that they are citizens and nationals of Mexico illegally present in the United States. They admit to entering the United States illegally. The material witnesses stated that they were to pay $1,700.00 to $2,500.00 (US) to be smuggled to various parts the United States. Material witnesses were shown a photographic line up. **Mariano YANEZ-Perez** was able to identify the defendant as the driver. **David PEREZ-Rizo, Salome BARAJAS-De Anda** was able to identify the defendant as a person who did not cross the border with them.

**Executed on February 23, 2008 at 10:00 a.m.**

Carlos R. Chavez
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of **4** page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on **February 22, 2008,** in violation of Title **8**, United States Code, Section **1324**.

Nita L. Stormes
United States Magistrate Judge

2-23-08 @ 3:20pm
Date/Time