UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff | CRIMINAL NO. 08CR683-BTM |
| vs. | ORDER |
| Cesar Ponce-Salazar | RELEASING MATERIAL WITNESS |
| Defendant(s) | Booking No. 07321298 |

On order of the United States District/Magistrate Judge, **NITA L. STORMES**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

David Perez-Rizo

DATED: 3-11-08

**NITA L. STORMES**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** ____________________ **DUSM**

**OR**

W. SAMUEL HAMRICK, JR. Clerk

by [signature] Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082